**CT Corporation**

**Service of Process Transmittal**
10/13/2021
CT Log Number 540406204

**TO:** Legal Sop
Best Buy Enterprise Services, Inc.
7601 PENN AVE S
RICHFIELD, MN 55423-3683

**RE:** **Process Served in Louisiana**

**FOR:** Best Buy Stores, L.P. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CASSANDRA MCCOY, ET AL // To: Best Buy Stores, L.P. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 632941C |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/13/2021 at 08:50 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/13/2021, Expected Purge Date: 10/18/2021<br><br>Image SOP<br><br>Email Notification, Legal Sop ctlegalsop@bestbuy.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / RT

sharonn                                                                                          CPCC.CV.2909612

# Citation

CASSANDRA MCCOY, ET AL            NO. 632941- C
VS                                 STATE OF LOUISIANA
BEST BUY STORES LP                 PARISH OF CADDO
                                   FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   BEST BUY STORES LP
                              THRU CT CORPORATION SYSTEM, AGENT
                              3867 PLAZA TOWER DRIVE
                              BATON ROUGE, LA
                              70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date October 1, 2021.

*Also attached are the following:            **MIKE SPENCE, CLERK OF COURT**

____ REQUEST FOR ADMISSIONS OF FACTS

_XX_ INTERROGATORIES

_XX_ REQUEST FOR PRODUCTION OF DOCUMENTS    By: _____

                                                 ~~Deputy~~ Clerk

                                            STEPHEN T GORDON
                                            _____
                                                 Attorney

                                            A TRUE COPY - - ATTEST

                                            _____
                                                 ~~Deputy~~ Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

632941 · C

| | | |
|---|---|---|
| CASSANDRA MCCOY<br>AND<br>CURTIS MCCOY | * | NUMBER |
| VERSUS | * | 1ST JUDICIAL DISTRICT COURT |
| BEST BUY STORES, L.P. | * | CADDO PARISH, LOUISIANA |

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come CASSANDRA MCCOY and CURTIS MCCOY, plaintiffs herein, who respectfully represent the following:

1.

Plaintiffs are of the full age of majority and are domiciled in DeSoto Parish, Louisiana, and the defendant herein is:

A. BEST BUY STORES, L.P., a non-Louisiana partnership, authorized to do and doing business in the State of Louisiana.

2.

On November 26, 2021, BEST BUY STORES, L.P. owned the business located at 7080 Youree Drive in Shreveport, Caddo Parish, Louisiana.

3.

On November 26, 2021, plaintiff, CASSANDRA MCCOY, was a patron at the above Best Buy Store, when suddenly and without warning, televisions fell off a pallet and struck plaintiff.

4.

As a result of the above described incident, CASSANDRA MCCOY, sustained the following injuries:

a. Head;

b. Neck;

c. Depression and

d. Bruises, contusions and other injuries to other parts of the body.

5.

As a result of the above described incident, CASSANDRA MCCOY, sustained the following damages:

a. Physical pain and suffering (past, present and future);

b. Loss of enjoyment of life (past, present and future);

c. Medical expenses (past, present and future);

d. Mental anguish, humiliation and embarrassment;

e. Emotional distress;

f. Transportation expense for medical treatment related to this accident;

g. Interest; and

h. Costs.

6.

The above incident, resulting injuries and damages was caused solely and proximately by the negligence, strict liability and/or fault of BEST BUY STORES, L.P., through its agents, officers, employees, servants, or anyone acting on its behalf, in the following, non-exclusive particulars:

a. Failure to keep the premises in a reasonably safe condition;

b. Failing to warn of the hazardous condition, and failing to see what the defendants and/or their employees saw or should have seen;

c. Failing to take the appropriate action to avoid the accident, when in the exercise of due care, the defendants had ample time and opportunity to do so;

d. Failure to conduct reasonable inspections and failure to have available sufficient personnel; and

    e.    Disregard for the safety and well-being of others; and

    f.    Other acts of negligence that will be proven at the trial of this matter.

7.

Plaintiff specifically pleads the doctrine of RESPONDEAT SUPERIOR, L.C.C. art. 2320. The defendants are answerable for the damages occasioned by their employees.

8.

CURTIS W. MCCOY AND CASSANDRA MCCOY are husband and wife.

9.

As a direct and proximate result of the negligence, fault and/or liability of the defendants, plaintiffs have suffered the loss of each other's consortium, love and affection society and companionship, sexual relations, right to perform marital services, right of support, aid and assistance and felicity.

10.

It will be necessary to use medical witnesses at the trial of this case, and their fees together with any expenses for taking of their depositions should be fixed and taxed as costs.

11.

Petitioners further desire that this Honorable Court award general damages unto petitioners to compensate them for their pain, suffering, inconvenience and mental anguish.

W H E R E F O R E, PETITIONERS PRAY THAT:

1.    Defendants be served with a copy of this petition and duly cited to appear and answer same;

2.    After due proceedings had, there be judgment rendered herein in favor of the plaintiffs and against the defendant, BEST BUY STORES, L.P., for

such damages, as are reasonable in the premises, together with the maximum legal interest from date of judicial demand until paid, and for all costs of these proceedings;

3. Expert witness fees be fixed and taxed as costs; and

4. For full, general and equitable relief.

Respectfully submitted,

STEPHEN T. GORDON
Bar Roll #25064

GORDON & GORDON LAW FIRM, L.L.C.
5105 Hearne Avenue
Shreveport, Louisiana 71108
(318) 635-1764 (phone no.)
(318) 636-4059 (Fax No.)



SERVICE INFORMATION:

1. BEST BUY STORES, L.P.
   THROUGH ITS AGENT FOR SERVICE OF PROCESS:

   CT CORPORATION SYSTEM
   3867 PLAZA TOWER DRIVE
   BATON ROUGE, LA 70816